# United States Bankruptcy Court

## District of Minnesota

In re    Bowles Sub Parcel D, LLC            Case No. ___11-44434___

                         Debtor

Chapter _____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 12,856,000.00 | | |
| B - Personal Property | Yes | 4 | 1,460,311.54 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 11,855,077.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 3,298,933.22 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | Total Assets | | 14,316,311.54 | | |
| | | Total Liabilities | | 15,154,010.22 | |

# United States Bankruptcy Court
## District of Minnesota

In re     Bowles Sub Parcel D, LLC                  Case No.     11-44434

Debtor

Chapter           11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    Bowles Sub Parcel D, LLC            Case No.   11-44434

                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Bass Lake Business Center, 5701 & 5749 International Pkwy, Plymouth, MN PID 06-118-21-32-0006; 2011 EMV as provided by County (legal description attached on Attachment A) | Fee simple | - | 1,800,000.00 | 1,659,858.40 * |
| Cahill Business Center, 7677 Cahill Rd, Edina, MN PID 08-116-21-44-0018; 2011 EMV as provided by County (legal description attached on Attachment A) | Fee simple | - | 3,299,200.00 | 3,042,336.00 * ** |
| Larc Industrial Park III, 1300-1320 Larc Industrial Blvd, Burnsville, MN PIDs 02-44300-060-01 and 02-44300-070-01; 2011 EMV provided by County (legal description attached on Attachment A) | Fee simple | - | 1,503,600.00 | 1,386,535.10 * |
| Larc Industrial Park VII, 11901 Larc Industrial Blvd, Burnsville, MN PID 02-44300-022-02; 2011 EMV provided by County (legal description attached on Attachment A) | Fee simple | - | 1,571,100.00 | 1,448,779.80 * |
| Penn Corporate, 9655 Penn Ave S, Bloomington, MN PID 16-027-24-23-0022; 2011 EMV provided by County (legal description attached on Attachment A) | Fee simple | - | 2,138,000.00 | 1,971,543.00 * |
| University Center I & II, 7976-7990, and 7920-7954 University Center, Fridley, MN PIDs 02-30-24-32-0027 and 02-30-24-32-0028; 2011 EMV provided by the County (legal description attached on Attachment A) | Fee simple | - | 2,544,100.00 | 2,346,025.40 * |

* Prorated figure for mortgages listed on Schedule D on all properties.

** This property is subject to litigation which has resulted in orders granting equitable relief as to this property.

|  |  |  |
|---|---|---|
| Sub-Total > | 12,856,000.00 | (Total of this page) |
| Total > | 12,856,000.00 | |

  0  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Fenton Sub Parcel D, LLC
AND
Bowles Sub Parcel D, LLC

Schedule A – Legal Descriptions

**Bass Lake Business Center**

The Land referred to is situated in the State of Minnesota, County of Hennepin, and is described as follows:

Lot 1, Block 1, Science Industry Park, Hennepin County, Minnesota, filed as Official Plat 7709 in Volume 1896 beginning Page 571635, as R.T. doc. No. 1345224 and C.R. Doc. No. 4500263.

Part of which is registered property described as follows: That part of Lot 1, Block 1, Science Industry Park, lying West of the West line of the Northeast Quarter of the Southwest Quarter of Section 6, Township 118, Range 21.

(Certificate of Title No.1131061)

Fenton Sub Parcel D, LLC
AND
Bowles Sub Parcel D, LLC

Schedule A – Legal Descriptions

**Cahill Business Center**


The land referred to is situated in the State of Minnesota, County of Hennepin, and is described as follows:

Lot 2, Block 1, Atwood Station Second Addition, Hennepin County, Minnesota.

Part of which is registered property described as follows:  That part of Lot 2, Block 1, Atwood Station Second Addition, embraced within Lot 2, Block 1, Atwood Station Subdivision.


(Certificate of Title No.1131061)

Fenton Sub Parcel D, LLC
AND
Bowles Sub Parcel D, LLC

Schedule A – Legal Descriptions

**Larc Industrial Park III**


The Land referred to is situated in the State of Minnesota, County of Dakota, and is described as follows:

Lots 6 and 7, except the Westerly 290 feet of said Lot 7, as measured along the North and South lines of said Lot 7, all in Block 1, Larc Industrial Park, according to the recorded plat thereof, Dakota County, Minnesota.

(Abstract)

Fenton Sub Parcel D, LLC
AND
Bowles Sub Parcel D, LLC

Schedule A – Legal Descriptions

**<u>Larc Industrial Park VII</u>**

The Land referred to is situated in the State of Minnesota, County of Dakota, and is described as follows:

The North 433 feet of Lot 2, Block 2, Larc Industrial Park, according to the recorded plat thereof, filed October 15, 1970, as Doc. No. 377285.

(Abstract)

Fenton Sub Parcel D, LLC
AND
Bowles Sub Parcel D, LLC

Schedule A – Legal Descriptions

## Penn Corporate

The Land referred to is situated in the State of Minnesota, County of Hennepin, and is described as follows:

Parcel 1:

Lot 1, Block 1, Warrington 1st Addition (plat filed March 10, 1975, in Book 205 of Plats, Page 16 as R.D. Doc. No. 4131476), Hennepin County, Minnesota.

Parcel 2:

All right, title, and interest in and to that certain non-exclusive easement for sewer, storm drains and public or private water mains and/or lines created pursuant to the Easement Agreement dated August 30, 1977, filed October 12, 1977, as Document No. 4323840.

(All Abstract)

Fenton Sub Parcel D, LLC
AND
Bowles Sub Parcel D, LLC

Schedule A – Legal Descriptions

## University Center I and II


The Land referred to is situated in the State of Minnesota, County of Anoka, and is described as follows:

Parcel 1:

Tract A:
Lots 4, 5 and 6, Block 3, UNIVERSITY INDUSTRIAL PARK (plat filed May 21, 1987, in Book 32 of Plats on page 11), Anoka County, Minnesota.

Tract B:
Non-exclusive easements appurtenant to Lot 4, Block 3, University Industrial Park, over the South 30 feet of the West 20 feet of Lot 3, Block 3, University Industrial Park, as set forth in Reciprocal Easement dated January 8, 1982, filed January 14, 1982, as Document No. 584513, Office of County Recorder, Anoka County, Minnesota.


Parcel 2:

Tract A:
Lots 7 and 8, Block 3, UNIVERSITY INDUSTRIAL PARK (plat filed May 21, 1987, in Book 32 of Plats on page 11), Anoka County, Minnesota.

Tract B:
Non-exclusive appurtenant easement over portions of Lots 4, 5 and 6, Block 3, UNIVERSITY INDUSTRIAL PARK, as set forth in Easement dated February 23, 1983, filed March 25, 1983, as Document No. 609870, Office of County Recorder, Anoka County, Minnesota.

(All Abstract)

In re     Bowles Sub Parcel D, LLC                          Case No.     11-44434

                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Crown Bank (ending in 1921) | - | 89,231.00 |
| | | Berkadia Reserve Account - TI/LC Reserve (amt as of 3/31/11) | - | 73,539.00 |
| | | Berkadia Reserve Account - Repair Reserve (amt as of 3/31/11) | - | 13,891.00 |
| | | Berkadia Reserve Account - Replacement Reserve (amt as of 3/31/11) | - | 62,445.00 |
| | | Berkadia Reserve Account - Debt Service Reserve (amt as of 3/31/11) | - | 183,636.00 |
| | | Berkadia Reserve Account - Tax & Insurance Escrow (amt as of 3/31/11) | - | 278,336.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Xcel Energy | - | 412.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >       701,490.00
(Total of this page)

   3    continuation sheets attached to the Schedule of Personal Property

In re    Bowles Sub Parcel D, LLC                Case No.    11-44434

                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Charles White Inc. d/b/a Whitehall Companies [Judgment entered in 2010] | - | 717,152.62 |
| | | Accounts Receivable | - | 12,588.39 |
| | | Bowles Sub Parcel A , LLC & Fenton Sub Parcel A, LLC | - | 29,080.53 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

                                                  Sub-Total >    758,821.54
                                         (Total of this page)

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

In re    Bowles Sub Parcel D, LLC                                       Case No.      11-44434

                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >           0.00
(Total of this page)

Sheet   2   of   3   continuation sheets attached
to the Schedule of Personal Property

In re    __Bowles Sub Parcel D, LLC__                              Case No.   __11-44434__

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 1,460,311.54 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re     Bowles Sub Parcel D, LLC                                          Case No.      11-44434
_____                                   _____
                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Mortgage on all Debtor's real property Security Interest in Debtor's assets Assignment of Leases & Rents | | | | | |
| CW Capital as Special Servicer for Wells Fargo Bank NA, ttee 7501 Wisconsin Ave, Ste 500 Bethesda, MD 20814 | X | - | | | | | | | | |
| | | | | | Value $              14,316,311.54 | | | | 10,535,365.00 | 0.00 |
| Account No. | | | | | Mortgage on all Debtor's real property | | | | | |
| Steven B. Hoyt 275 Market St, Ste 439 Minneapolis, MN 55405 | X | - | | | | | | | | |
| | | | | | Value $              12,856,000.00 | | | | 1,319,712.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

   0   continuation sheets attached

| | Subtotal (Total of this page) | 11,855,077.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 11,855,077.00 | 0.00 |

.

In re      Bowles Sub Parcel D, LLC                                         Case No.    11-44434
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                         0     continuation sheets attached

In re     Bowles Sub Parcel D, LLC             Case No.     11-44434

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Legal services | | | | |
| Anthony Ostlund Baer & Louwagi 90 S Seventh St, Ste 3600 Minneapolis, MN 55402 | X | - | | | | | | | 23,234.92 |
| Account No. | | | | | Inter company loan | | | | |
| Bowles Sub Parcel B, LLC & Fenton Sub Parcel B, LLC 275 Market St, Ste 439 Minneapolis, MN 55405 | X | - | | | | | | | 147,320.00 |
| Account No. | | | | | Inter company loan | | | | |
| Bowles Sub Parcel C, LLC & Fenton Sub Parcel C, LLC 275 Market St, Ste 439 Minneapolis, MN 55405 | X | - | | | | | | | 425,489.18 |
| Account No. | | | | | Legal services | | | | |
| Cameron Law Office 33 S Sixth St, Ste 4100 Minneapolis, MN 55402 | X | - | | | | | | | 8,718.75 |
|   3   continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 604,762.85 |

In re  Bowles Sub Parcel D, LLC                                    Case No.  11-44434
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utilities | | | | |
| CenterPoint Energy PO Box 1144 Minneapolis, MN 55440 | X | - | | | | | 276.30 |
| Account No. | | | Utilities | | | | |
| City of Bloomington - Water 1800 W Old Shakopee Rd Minneapolis, MN 55431 | X | - | | | | | 262.00 |
| Account No. | | | Services | | | | |
| Curbside Lawn Care 9084 Windsor Ct Savage, MN 55378 | X | - | | | | | 17,916.88 |
| Account No. | | | Services and lease commissions. | | | | |
| Hoyt Properties, Inc. 275 Market St, Ste 439 Minneapolis, MN 55405 | X | - | | | | | 220,895.93 |
| Account No. | | | Money advanced to Debtor | | | | |
| Steven B. Hoyt 275 Market St, Ste 439 Minneapolis, MN 55405 | X | - | | | | | 2,247,076.00 |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     2,486,427.11

In re      Bowles Sub Parcel D, LLC                                                    Case No.      11-44434
_____                                        _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Telephone services | | | | |
| Integra Telecom PO Box 2966 Milwaukee, WI 53201 | X | - | | | | | | 558.92 |
| Account No. | | | | Legal services | | | | |
| Messerli & Kramer P.A. 100 S Fifth St, Ste 1400 Minneapolis, MN 55402 | X | - | | | | | | 199,322.46 |
| Account No. | | | | NOTICE ONLY (Party to litigation with Debtor) | | | | |
| Tim Mulcahy c/o Scott Harris, Esq. 150 S Fifth St, Ste 2300 Minneapolis, MN 55402 | X | - | | | | | X | Unknown |
| Account No. | | | | Representing: Tim Mulcahy | | | | |
| Timothy M. Kelley, Esq. Leonard Street & Deinard 150 S Fifth St, Ste 2300 Minneapolis, MN 55402 | | | | | | | | Notice Only |
| Account No. | | | | Services | | | | |
| United Operations, Inc. 1740 Annapolis Ln N Minneapolis, MN 55441 | X | - | | | | | | 7,713.82 |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           207,595.20

In re    Bowles Sub Parcel D, LLC                                    Case No.    11-44434
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utilities | | | | |
| Xcel Energy PO Box 9477 Minneapolis, MN 55472 | X | - | | | | | 148.06 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 148.06 |
| | Total (Report on Summary of Schedules) | 3,298,933.22 |

In re    Bowles Sub Parcel D, LLC                                                         Case No.    11-44434

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| 'nMotion Dance Center LLC<br>7950 University Ave NE<br>Minneapolis, MN 55432 | University Center II, Lease of Suite 7950 (through 9/14/14) |
| ABRA, Inc.<br>6601 Shingle Creek Pkwy #200<br>Minneapolis, MN 55430 | University Center 1, Lease of Suite 7976 (through 10/31/14) |
| Adams Pest Control, Inc.<br>922 Highway 55, Ste 100<br>Hamel, MN 55340 | Bass Lake Business Center - Pest Control (quarterly)<br>Larc Industrial Park III - Pest Control (quarterly)<br>Larc Industrial Park VII - Pest Control (quarterly)<br>Penn Corporate - Pest Control (quarterly)<br>University Center I  - Pest Control (quarterly)<br>University Center II - Pest Control |
| B & H Tax & Accounting LLC<br>7970 University Ave NE<br>Minneapolis, MN 55432 | University Center 1, Lease of Suite 7970 (through 11/30/13) |
| Berkness Swiss, LLC<br>333 Washington Ave N<br>Ste B500<br>Minneapolis, MN 55401 | Larc Industrial Park III, Lease of Ste 1320 (through 11/30/14) |
| Cable Net<br>PO Box 480022<br>Minneapolis, MN 55448 | University Center II, Lease of Suite 7934 (through 12/31/99) |
| Connolly Consulting Associates<br>Wilton Corporate Dr<br>50 Danbury Rd<br>Wilton, CT 06897 | University Center II, Lease of Suite 7920 (through 11/30/12) |
| Corporation Service Company<br>8040 Excelsior Dr, Ste 200<br>Madison, WI 53717 | Service Agreement |
| Curbside Lawn Care<br>9084 Windsor Ct<br>Savage, MN 55378 | Bass Lake Business Center - Landscape services & snow removal<br>Lark Industrial Park III - Landscape services & snow removal<br>Lark Industrial Park VII - Landscape services & snow removal<br>Penn Corporate - Landscape services & snow removal<br>University I & II - Landscape services & snow removal |

3
    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    Bowles Sub Parcel D, LLC                                          Case No. ___11-44434___
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Dalbec Roofing<br>2285 Daniels St<br>Long Lake, MN 55356 | Larc Industrial Park III - Annual Roof maintenance & inspection<br>Larc Industrial Park VII - Annual Roof maintenance & inspection<br>University Center I - Annual Roof maintenance & inspection<br>University Center II - Annual Roof maintenance & inspection |
| Dianne's Custom Candles<br>11901 Larc Industrial Blvd<br>Burnsville, MN 55337 | Larc Industrial Park VII, Lease of entire building (through 1/31/12) |
| Edina ISD 276<br>7677 Cahill Rd<br>Ste 200 | Cahill Business Center, Lease of Ste 200 (through 12/31/99) |
| Express Fire Protection Svcs<br>1630 - 91st Ave, Ste 103<br>Minneapolis, MN 55449 | Bass Lake Business Center - Sprinkler (fire) maintenance<br>Lark Industrial Park III - Sprinkler (fire) maintenance<br>Lark Industrial Park VII - Sprinkler (fire) maintenance<br>Penn Corporate - Sprinkler (fire) maintenance<br>University Center I - Sprinkler (fire) maintenance<br>University Center II - Sprinkler (fire) maintenance |
| Fastenal Company<br>PO Box 30022<br>01MNTCY - Attn Prop Manager<br>Winona, MN 55987 | Bass Lake Business Center, Lease of Suite 5719 (through 5/31/2014) |
| Patrick & Kristin Flanagan<br>7984 University Ave NE<br>Minneapolis, MN 55432 | University Center 1, Lease of Suite 7984 (through 12/31/13) |
| GAB Robins North America<br>300 N Martingale Rd #750<br>Schaumburg, IL 60173 | Cahill Business Center, Lease of Ste 250 (through 5/31/12) |
| Hoffman Weber Construction Inc<br>7932 University Ave NE<br>Minneapolis, MN 55432 | University Center II, Lease of Suite 7932 (through 4/30/13) |
| Hoyt Properties, Inc.<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Property management services for all properties |
| It's Hard Times, Inc.<br>160 First St SE, Ste A<br>Saint Paul, MN 55112 | University Center 1, Lease of Suite 7968 (through 10/31/11) |
| Kidney Specialists of MN<br>6200 Shingle Creek Pkwy #300<br>Minneapolis, MN 55430 | University Center 1, Lease of Suite 7990 (through 1/31/16) |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

In re    Bowles Sub Parcel D, LLC                                     Case No.    11-44434

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| L-1 Identity Secure Credential<br>296 Concord Rd<br>Third Floor<br>Billerica, MA 01821 | University Center II, Lease of Suite 7936 (through 1/31/12) |
| Lee Carlson Center for<br>Mental Health<br>7954 University Ave NE<br>Minneapolis, MN 55432 | University Center II, Lease of Suite 7954 (through 8/30/18) |
| Lee Manufacturing LLC<br>7942 University Ave NE<br>Minneapolis, MN 55432 | University Center II, Lease of Suite 7942 (through 10/31/11) |
| Masterson Personnel, Inc.<br>7924 University Ave NE<br>Minneapolis, MN 55432 | University Center II, Lease of Suite 7924 (through 7/31/16) |
| Minnesota Computers, Inc.<br>5733 International Pkwy<br>Minneapolis, MN 55428 | Bass Lake Business Center, Lease of Suite 5703 AND<br>Bass Lake Business Center, Lease of Suite 5733 (through 11/30/13) |
| Packaging Specialists, Inc.<br>W130N10751 Washington Dr<br>Germantown, WI 53022 | Bass Lake Business Center, Lease of Suite 5725 (through 8/31/11) |
| Patriot Insurance Agency<br>7964 University Ave<br>Minneapolis, MN 55432 | University Center 1, Lease of Suite 7964 (through 4/30/13) |
| Red-D-Arc, Inc.<br>667 S Service Rd, PO Box 40<br>Grimsby ON L3M 2Y7 CANADA | Larc Industrial Park III, Lease of Ste 1300 (through 12/31/12) |
| ROC, Inc.<br>7163 - 37th St Ct N<br>Saint Paul, MN 55128 | University I & II - Janitorial Services |
| Silent Knight<br>9057 Lyndale Ave S<br>Minneapolis, MN 55420 | Monthly fire sprinkler monitoring |
| STS Temps, Inc.<br>7986 University Ave NE<br>Minneapolis, MN 55432 | University Center 1, Lease of Suite 7986 (through 8/31/15) AND<br>University Center 1, Lease of Suite 7988A (through 8/31/15) |
| System Design Advantage, L.L.C<br>9655 Penn Ave S<br>Minneapolis, MN 55431 | Penn Corporate, Lease of entire building (through 6/30/11) |

Sheet  2  of  3  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    Bowles Sub Parcel D, LLC                                                    Case No.    11-44434
_____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Travelers Property & Casualty<br>Susan Winiarski 4CR<br>One Tower Square<br>Hartford, CT 06183 | Blanket Insurance Policy (Policy No. 630867K1087)<br>(covers additional properties, not owned by Debtor) |
| United Operations, Inc.<br>1740 Annapolis Ln N<br>Minneapolis, MN 55441 | Bass Lake Business Center - Building Maintenance;<br>HVAC; Common Area services<br>Larc Industrial Park III -  Building Maintenance;<br>HVAC; Common Area services<br>Larc Industrial Park VII -  Building Maintenance;<br>HVAC; Common Area services<br>Penn Corporate Center -  Building Maintenance;<br>HVAC; Common Area services<br>University I & II - Building - Building Maintenance;<br>HVAC; Common Area services |
| World Taekwondo Academy<br>6493 Sycamore Ct<br>Osseo, MN 55369 | Bass Lake Business Center, Lease of Suite 5749<br>(through 11/30/2014) |
| Zycko USA, LLC<br>7667 Cahill Rd<br>Ste 400<br>Minneapolis, MN 55439 | Cahill Business Center, Lease of Ste 400 (through<br>2/28/12) |

Sheet   3   of   3   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    Bowles Sub Parcel D, LLC                                  Case No.    11-44434
                                         Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Bowles Subsidiary, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Steven B. Hoyt<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 |
| Fenton Sub Parcel D, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | CW Capital as Special Servicer<br>for Wells Fargo Bank NA, ttee<br>7501 Wisconsin Ave, Ste 500<br>Bethesda, MD 20814 |
| Fenton Sub Parcel D, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Anthony Ostlund Baer & Louwagi<br>90 S Seventh St, Ste 3600<br>Minneapolis, MN 55402 |
| Fenton Sub Parcel D, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Bowles Sub Parcel B, LLC &<br>Fenton Sub Parcel B, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 |
| Fenton Sub Parcel D, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Bowles Sub Parcel C, LLC &<br>Fenton Sub Parcel C, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 |
| Fenton Sub Parcel D, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Cameron Law Office<br>33 S Sixth St, Ste 4100<br>Minneapolis, MN 55402 |
| Fenton Sub Parcel D, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | CenterPoint Energy<br>PO Box 1144<br>Minneapolis, MN 55440 |
| Fenton Sub Parcel D, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | City of Bloomington - Water<br>1800 W Old Shakopee Rd<br>Minneapolis, MN 55431 |
| Fenton Sub Parcel D, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Curbside Lawn Care<br>9084 Windsor Ct<br>Savage, MN 55378 |
| Fenton Sub Parcel D, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Hoyt Properties, Inc.<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 |
| Fenton Sub Parcel D, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Integra Telecom<br>PO Box 2966<br>Milwaukee, WI 53201 |

1

_____ continuation sheets attached to Schedule of Codebtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Fenton Sub Parcel D, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Messerli & Kramer P.A.<br>100 S Fifth St, Ste 1400<br>Minneapolis, MN 55402 |
| Fenton Sub Parcel D, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Tim Mulcahy<br>c/o Scott Harris, Esq.<br>150 S Fifth St, Ste 2300<br>Minneapolis, MN 55402 |
| Fenton Sub Parcel D, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | United Operations, Inc.<br>1740 Annapolis Ln N<br>Minneapolis, MN 55441 |
| Fenton Sub Parcel D, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Xcel Energy<br>PO Box 9477<br>Minneapolis, MN 55472 |
| Fenton Sub Parcel D, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Steven B. Hoyt<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 |
| Fenton Sub Parcel D, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Steven B. Hoyt<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 |
| Fenton Subsidiary, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Steven B. Hoyt<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 |
| StoneArch II/WCSE Minneapolis<br>Industrial LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Steven B. Hoyt<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                  Best Case Bankruptcy

# United States Bankruptcy Court
## District of Minnesota

In re   Bowles Sub Parcel D, LLC                            Case No.    11-44434
                                         Debtor(s)             Chapter     11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____19____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   June 29, 2011                             Signature    /s/ Steven B. Hoyt

                                                           Steven B. Hoyt
                                                             Chief Manager

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Minnesota

In re    Bowles Sub Parcel D, LLC                    Case No.    11-44434

                               Debtor(s)           Chapter    11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $568,242.61 | 2011 YTD: Gross Income (through 4/30/11) |
| $1,681,343.18 | 2010: Gross Income |
| $1,611,108.08 | 2009: Gross Income |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

         AMOUNT                    SOURCE

**3. Payments to creditors**

None
■
*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐
    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Budget Paving<br>c/o Randy Peterson<br>1680 Colonial St<br>Shakopee, MN 55379 | 5/26/11 | $8,550.00 | $0.00 |
| CenterPoint Energy<br>PO Box 4671<br>Houston, TX 77210-4671 | 4/14/11; 4/26/11; 5/13/11;<br>5/26/11; 6/8/11; 6/16/11 | $7,079.37 | $276.30 |
| Curbside Lawn Care<br>9084 Windsor Ct<br>Savage, MN 55378 | 4/14/11; 4/21/11; 5/13/11;<br>6/8/11; 6/16/11 | $69,672.94 | $17,916.88 |
| Minnesota Roadways Co.<br>4370 Valley Industrial Blvd S<br>Shakopee, MN 55379 | 5/25/11 | $20,199.66 | $0.00 |
| United Operations, Inc.<br>1740 Annapolis Ln N<br>Minneapolis, MN 55441 | 4/14/11; 4/21/11; 5/13/11;<br>6/8/11; 6/16/11 | $23,320.05 | $7,713.82 |
| Xcel Energy<br>PO Box 9477<br>Minneapolis, MN 55472 | 4/14/11; 5/13/11; 5/26/11;<br>6/8/11; 6/16/11 | $7,599.35 | $148.06 |
| CW Capital as Special Servicer<br>for Nomura Credit & Capital<br>7501 Wisconsin Ave, Ste 500<br>Bethesda, MD 20814 | 3/31/11; 4/20/11 | $217,000.00 | $10,535,365.00 |

None
☐
    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Steven B. Hoyt<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Mortgage to Steven B. Hoyt<br>on 4/27/11 | $0.00 | $1,319,712.00 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Tim Mulcahy vs. Fenton Sub Parcel D, LLC, et al. 27-CV-08-598 | Civil action based on agreement to sell on parcel of property | Hennepin County | Orders entered; action still pending |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Fredrikson & Byron PA<br>200 S 6th St<br>Ste 4000<br>Minneapolis, MN 55402 | See Statement of Attorney Compensation | |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Steven B. Hoyt<br>275 Market St, Ste 439<br>Minneapolis, MN 55405<br>Chief Manager | 4/27/11 | Mortgage given. |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| B & H Tax & Accounting LLC<br>7970 University Ave NE<br>Minneapolis, MN 55432 | Security Deposit - $1,100.00 | Crown Bank (acct. ending in 1921) |
| Berkness Swiss, LLC<br>333 Washington Ave N<br>Ste B500<br>Minneapolis, MN 55401 | Security Deposit - $7,200.00 | Crown Bank (acct. ending in 1921) |
| Cable Net<br>PO Box 480022<br>Minneapolis, MN 55448 | Security Deposit - $1,551.74 | Crown Bank (acct. ending in 1921) |
| Connolly Consulting Associates<br>Wilton Corporate Dr<br>50 Danbury Rd<br>Wilton, CT 06897 | Security Deposit - $2,500.00 | Crown Bank (acct. ending in 1921) |
| Dianne's Custom Candles<br>11901 Larc Industrial Blvd<br>Burnsville, MN 55337 | Security Deposit - $12,425.00 | Crown Bank (acct. ending in 1921) |
| Fastenal Company<br>PO Box 30022<br>01MNTCY - Attn Prop Manager<br>Winona, MN 55987 | Security Deposit - $3,000.00 | Crown Bank (acct. ending in 1921) |
| Patrick & Kristin Flanagan<br>7984 University Ave NE<br>Minneapolis, MN 55432 | Security Deposit - $600.00 | Crown Bank (acct. ending in 1921) |
| Hoffman Weber Construction Inc<br>7932 University Ave NE<br>Minneapolis, MN 55432 | Security Deposit - $1,420.00 | Crown Bank (acct. ending in 1921) |
| It's Hard Times, Inc.<br>160 First St SE, Ste A<br>Saint Paul, MN 55112 | Security Deposit - $1,050.00 | Crown Bank (acct. ending in 1921) |
| Kidney Specialists of MN<br>6200 Shingle Creek Pkwy #300<br>Minneapolis, MN 55430 | Security Deposit - $3,923.00 | Crown Bank (acct. ending in 1921) |

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| L-1 Identity Secure Credential<br>296 Concord Rd<br>Third Floor<br>Billerica, MA 01821 | Security Deposit - $1,600.00 | Crown Bank (acct. ending in 1921) |
| Lee Carlson Center for<br>Mental Health<br>7954 University Ave NE<br>Minneapolis, MN 55432 | Security Deposit - $4,800.00 | Crown Bank (acct. ending in 1921) |
| Lee Manufacturing LLC<br>7942 University Ave NE<br>Minneapolis, MN 55432 | Security Deposit - $1,285.00 | Crown Bank (acct. ending in 1921) |
| Masterson Personnel, Inc.<br>7924 University Ave NE<br>Minneapolis, MN 55432 | Security Deposit - $3,035.00 | Crown Bank (acct. ending in 1921) |
| Minnesota Computers, Inc.<br>5733 International Pkwy<br>Minneapolis, MN 55428 | Security Deposit - $8,500.00 | Crown Bank (acct. ending in 1921) |
| 'nMotion Dance Center LLC<br>7950 University Ave NE<br>Minneapolis, MN 55432 | Security Deposit - $3,300.00 | Crown Bank (acct. ending in 1921) |
| Packaging Specialists, Inc.<br>W130N10751 Washington Dr<br>Germantown, WI 53022 | Security Deposit - $3,500.00 | Crown Bank (acct. ending in 1921) |
| Patriot Insurance Agency<br>7964 University Ave<br>Minneapolis, MN 55432 | Security Deposit - $700.00 | Crown Bank (acct. ending in 1921) |
| STS Temps, Inc.<br>7986 University Ave NE<br>Minneapolis, MN 55432 | Security Deposit - $1,498.24 | Crown Bank (acct. ending in 1921) |
| System Design Advantage, L.L.C<br>9655 Penn Ave S<br>Minneapolis, MN 55431 | Security Deposit - $9,000.00 | Crown Bank (acct. ending in 1921) |
| World Taekwondo Academy<br>6493 Sycamore Ct<br>Osseo, MN 55369 | Security Deposit - $2,650.00 | Crown Bank (acct. ending in 1921) |
| Zycko USA, LLC<br>7667 Cahill Rd<br>Ste 400<br>Minneapolis, MN 55439 | Security Deposit - $8,111.50 | Crown Bank (acct. ending in 1921) |

---

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 708 S Third St, Ste 108<br>Minneapolis, MN 55415 | | 2004-2009 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| Hoyt Properties, Inc.<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | 3/2007 - present |
| Boulay, Heutmaker, Zibell & Co<br>7500 Flying Dr, Ste 800<br>Eden Prairie, MN 55344 | |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| Boulay, Heutmaker, Zibell & Co | 7500 Flying Dr, Ste 800<br>Eden Prairie, MN 55344 | 3/2007 - present |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Hoyt Properties, Inc.<br>3/2007 - present | 275 Market St, Ste 439<br>Minneapolis, MN 55405 |
| Boulay, Heutmaker, Zibell & Co | 7500 Flying Dr, Ste 800<br>Eden Prairie, MN 55344 |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| Berkadia Commerical Mortgage LLC<br>6955 Union Park Center, Ste 450<br>Midvale, UT 84047 | Quarterly since June 2007 |
| Commerce Bank<br>7650 Edinborough Way, Ste 150<br>Minneapolis, MN 55435 | Monthly (2009-2011) |

NAME AND ADDRESS
CWCapital Asset Management LLC
7501 Wisconsin Ave, Ste 500
Bethesda, MD 20814

DATE ISSUED
Monthly (October 2010 - March 2011)

---

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Steven B. Hoyt<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | Chief Manager | |
| Bowles Subsidiary, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | | Sole Member of Bowles Sub Parcel D, LLC |
| StoneArch II/WCSE Minneapolis Industrial LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | | Sole member of Bowles Subsidiary, LLC |
| WCSE Minneapolis Industrial Investor LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | | 71.8% member of StoneArch II/WCSE Minneapolis Industrial LLC |
| StoneArch II, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | | 28.2% member of StoneArch II/WCSE Minneapolis Industrial LLC |
| Steven B. Hoyt<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | | Sole member of WCSE Minneapolis Industrial Investor LLC and 20% member of StoneArch II, LLC |

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   June 29, 2011               Signature    /s/ Steven B. Hoyt

                                                       Steven B. Hoyt

                                                       Chief Manager

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Minnesota

In re    Bowles Sub Parcel D, LLC                 Case No.

                              Debtor(s)          Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Bowles Subsidiary, LLC<br>275 Market St, Ste 439<br>Minneapolis, MN 55405 | | | Sole Member of Bowles Sub Parcel D, LLC |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Chief Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    June 29, 2011                  Signature    /s/ Steven B. Hoyt

                                                     Steven B. Hoyt

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

# United States Bankruptcy Court
## District of Minnesota

In re    Bowles Sub Parcel D, LLC        Case No.    11-44434

Debtor(s)        Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    June 29, 2011        /s/ Steven B. Hoyt

Steven B. Hoyt/Chief Manager
Signer/Title