UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 11 Cases |
| Fenton Sub Parcel D, LLC, | BKY 11-44430 |
| Bowles Sub Parcel D, LLC, | BKY 11-44434 |
| Debtors. | |

**ORDER DENYING**
**JOINT ADMINISTRATION**

These cases are before the court on the debtors' motion for an order authorizing joint administration. Based on the motion and the files,

IT IS ORDERED: The debtors' motion for joint administration of cases is denied.

Dated: July 20, 2011

/e/ Robert J. Kressel
_____
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/20/2011*
Lori Vosejpka, Clerk, by LMH