UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| Fenton Sub Parcel D, LLC | Case No. BKY 11-44430 |
| Debtor. | Chapter 11 Case |

| | |
|---|---|
| Bowles Sub Parcel D, LLC | Case No. BKY 11-44434 |
| Debtor. | Chapter 11 Case |

### ORDER AUTHORIZING USE OF CASH COLLATERAL

These cases are before the court on the debtors' Motion for Order Authorizing Use of Cash Collateral on a Final Basis.

Based on the motion and the file,

IT IS ORDERED:

1. The debtors' motion is granted except as set forth in paragraph 2 with respect to attorneys' fees.

2. The debtors are authorized to use cash collateral, including rents, that may be subject to the lien of Wells Fargo Bank, N.A., as trustee for the registered holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2004-LN2 consistent with the projections attached as Exhibit B to the Unsworn Declaration of Steven B. Hoyt (filed on July 19, 2011) through December 31, 2011, except that the debtors may not use cash collateral to pay any attorneys' fees unless authorized by further order of the court.

3. The debtors shall maintain insurance on the six parcels of real estate they own.

4. The debtors shall continue to maintain the properties to their current standards.

5. The debtors shall make records, including rent rolls and financial statements, available to the lender, or any servicer or special servicer appointed by the lender, on reasonable request.

Dated: July 20, 2011  /e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge