UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                          ORDER AUTHORIZING USE OF
                                                CASH COLLATERAL
Fenton Sub Parcel D, LLC,

              Debtor.                           BKY 11-44430

───────────────────────

Bowles Sub Parcel D, LLC,

              Debtor.                           BKY 11-44434

───────────────────────

At Minneapolis, Minnesota, September 19, 2011.

These cases came on for an evidentiary hearing on the debtors' motion for use of cash collateral. Cynthia Moyer and Sarah McLaren appeared on behalf of the debtors and Michael Rosow and Jeanette Thomas appeared on behalf of Wells Fargo Bank, as trustee for the registered holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2004-LN2, by and through CWCapital Asset Management LLC, as Servicer.

Based on findings of fact and conclusions of law stated orally and recorded in open court,

IT IS ORDERED:

1.  The debtors are authorized to use cash collateral, including rents, that may be subject to the lien of Wells Fargo Bank, N.A., as trustee for the registered holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2004-LN2 consistent with the projections attached as Exhibit B to the Unsworn Declaration of Steven B. Hoyt (filed on July 19, 2011) through December 31, 2011,

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/19/2011*
Lori Vosejpka, Clerk, by LH

except that the debtors may also use cash collateral to pay real estate taxes, insurance premiums, rental commissions, and for tenant improvements but may not use cash collateral for the payment of attorneys' fees.

2. The debtors shall maintain insurance on the six parcels of real estate they own.

3. The debtors shall continue to maintain the properties to their current standards.

4. The debtors shall make records, including rent rolls and financial statements, available to the lender, or any servicer or special servicer appointed by the lender, on reasonable request.

/e/ Robert J. Kressel

ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE